# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Torres_____Ernesto_____._____
                Last Name             First               Middle

HOME ADDRESS ___171 choir lane_____

        ___Westbury_____Ny_____11590_____
             City          State      Zip Code

SIGNATURE _____

Signed by:
69E59CE7B2304C8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Hershkovitz_____Marc_____Aaron_____
           Last Name             First            Middle

HOME ADDRESS ___201 E 28th St_____

          NY_____NY_____10016_____
          City          State      Zip Code

SIGNATURE _____

Signed by:
B75877C6BAFF4CC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Abatantuno_____Michael_____A_____
               Last Name                   First                   Middle

HOME ADDRESS ___5 dorothy st_____

          ___Port jefferson station___Ny_____11776_____
                City            State       Zip Code

SIGNATURE

Signed by:

E1C45B3CC3E9420...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Acosta-Perez_____Darlene_____R_____
            Last Name                          First                                Middle

HOME ADDRESS ___457 White Plains Road_____

            ___BRONX_____NY_____10473_____
                  City                          State              Zip Code

SIGNATURE ___[Signed by: Darlene Leoth Pacy  21A234131608430...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Agazzi                 Christopher             Joseph

              Last Name                   First                     Middle

HOME ADDRESS    16 Minor Court

             West Nyack         NY         10994

               City               State       Zip Code

SIGNATURE    Signed by:

              50C77B7CC0B34A9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Ahmed                          Muneer                          S
        _____
          Last Name                    First                          Middle


HOME ADDRESS    3005 Beverley Road
                _____

                Brooklyn            Nay            11226
                _____
                  City              State          Zip Code


SIGNATURE    _DocuSigned by:_
             [signature]
             7051F3304CAB45B...    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Alarcon_____Jesse_____Manfred_____
              Last Name                          First                          Middle

HOME ADDRESS ___9535 239 Street_____

              ___Floral Park_____NY_____11001_____
                  City                   State        Zip Code

SIGNATURE ____[signature]_____
           Signed by:
           826FA97205514D2...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Aldahondo_____John_____Daniel_____
                        Last Name                                    First                                        Middle

HOME ADDRESS __458 Ridgebury Road_____

_____Slate Hill_____NY_____10973_____
                 City                          State               Zip Code

SIGNATURE  _Signed by:_____
            7063A9DE0D04491...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Alfonzo           John               -
            Last Name            First             Middle

HOME ADDRESS    100 Colfax Avenue  Apt 1E

           Staten Island        NY       10306
             City          State      Zip Code

SIGNATURE     Signed by:

           716211743A6D4B5...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Alfonzo_____Raymond_____E_____

               Last Name                   First              Middle

HOME ADDRESS ___19 Longview Road_____

                Staten Island        NY        10304

                    City             State       Zip Code

SIGNATURE

Signed by:

CCE6ED44370D42B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Allen_____Natasha_____Dori_____

                Last Name                      First                     Middle

HOME ADDRESS ___3 Starboard Ct._____

                Bronx_____NY_____10473_____

                    City            State        Zip Code

SIGNATURE    *Signed by: Natasha Allen*
              02B747176A224AC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Alvarado              Jason              Raphael

                 Last Name                 First                Middle

HOME ADDRESS    416 College Ave

                 Staten Island        NY        10314

                  City             State         Zip Code

SIGNATURE    Signed by:
                 262394C87110436...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Amodio                Christopher             James
                 Last Name                  First                  Middle

HOME ADDRESS    252 Cortelyou Ave

                 Staten Island           NY          10312
                 City                State         Zip Code

SIGNATURE    Signed by:
                 A533FDBE262D46F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Amore III_____Anthony_____N/A_____

               Last Name                     First                   Middle

HOME ADDRESS ___3131 Griswold Avenue_____

                 Bronx           NY            10465

                  City              State        Zip Code

SIGNATURE

Signed by:

C1C2023FEEF54A9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Andjelovic                  Jonathon                  P
             Last Name                  First                  Middle

HOME ADDRESS     396 Harrison Avenue

            Massapequa          NY          11758
                City             State          Zip Code

SIGNATURE    

Signed by:

FA8E860B877F402...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Annunziata_____Michael_____J_____
                  Last Name                    First              Middle

HOME ADDRESS ___3251 Bruckner blvd_____

                  ___Bronx_____Ny_____10461_____
                    City         State     Zip Code

SIGNATURE
Signed by:
Michael Annunziata
B2D9A23E468C490...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Aoun_____Jean-Claude_____N/A_____
            Last Name                          First                          Middle

HOME ADDRESS ___129 92nd Street_____

            ___Brooklyn_____NY_____11209_____
                City                State        Zip Code

SIGNATURE

Signed by:

BF41690C5FB2457...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   APONTE                    JOHN                         NONE
       Last Name              First                        Middle


HOME ADDRESS   1966 BROWN ST

              BROOKLYN          NY          11229
              City            State       Zip Code

SIGNATURE   *Signed by:*
            *JOHN APONTE*
            C55B705311334D5...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Aranzullo                 Robert                 J
            Last Name              First              Middle

HOME ADDRESS    14 Montreal Ave

           Staten Island        NY        10306
             City           State      Zip Code

SIGNATURE

Signed by:
EF30D9312CE24A2...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Arias_____Dimas_____Efijenio_____
          Last Name                        First                          Middle

HOME ADDRESS ___244-58 90 Ave_____

              ___Bellerose_____Ny_____11426_____
                    City                 State            Zip Code

SIGNATURE [signature] DocuSigned by: DA3DF9599E164A3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____

| Armento | Jason | R |
|---------|-------|---|
| Last Name | First | Middle |

HOME ADDRESS   54 Franklin Place _____

| Massapequa | Ny | 11758 |
|-----------|-----|-------|
| City | State | Zip Code |

SIGNATURE   Signed by:

B024D724FC424C2…

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Ashraff          Tazim          M
             Last Name          First          Middle

HOME ADDRESS    67 Jackson Avenue

             Mineola          Ny          11501
             City          State          Zip Code

SIGNATURE    Signed by:
             233EA8A01F0C4AD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Balidemaj            Visar            B

             Last Name            First            Middle

HOME ADDRESS    11 dyckman drive

             Mohegan Lake      NY      10547

             City            State      Zip Code

SIGNATURE    Signed by:

             39DF4688F246483...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Banfield_____Eric_____J_____
          Last Name                    First                        Middle

HOME ADDRESS ___14 carol lane_____

          ___New Rochelle_____Ny_____10804_____
              City              State        Zip Code

SIGNATURE  [Signed by: B3F9B261FD4545B...]  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Barbuto            Frank            Jarod
             Last Name            First            Middle

HOME ADDRESS    468 Hawthorne Avenue

             Staten Island        NY        10314
               City           State        Zip Code

SIGNATURE

*Signed by:* [signature]
DD1D22CA9D6B4A3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Barongi_____Francesco_____Anthony_____
        Last Name                          First                          Middle

HOME ADDRESS ___4918 21 ave._____

        East Elmhurst            NY            11370
        City                State            Zip Code

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SUPERVISOR (SANITATION) OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Barravecchia_____John_____Paul_____

             Last Name                First            Middle

HOME ADDRESS ___731 Bement avenue_____

                Staten Island      NY       10310_____

                City         State     Zip Code

SIGNATURE

Signed by:

333C15065380457...