IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ERNESTO TORRES, *et al.*,<br>                                         Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br><br>                                         Defendant. | Case No. 24-cv-09304 |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. JOSEPH KELLY
   2522 ARTHUR KILL RD
   STATEN ISLAND, NY 10309
   RICHMOND COUNTY

2. ANTHONY LICASTRO
   49 PLUMTREE LN.
   STATEN ISLAND, NY 10309
   RICHMOND COUNTY

3. ANTONIO LOCASCIO
   19 ELY AVENUE
   STATEN ISLAND, NY 10312
   RICHMOND COUNTY

4. LEE LOPEZ
   1525 E 26TH STREET # 4K
   BROOKLYN, NY 11229
   KINGS COUNTY

5. LLOYD LYSEIGHT
   446 BEACH 63RD STREET
   ARVERNE, NY 11692
   QUEENS COUNTY

6. GREGORY MAGGIO
   225 BEACH 118TH STREET
   ROCKAWAY PARK, NY 11694
   QUEENS COUNTY

7. LEON MANN
   2940 W 5 ST.  APT. 18A
   BROOKLYN, NY 11224
   KINGS COUNTY

8. MICHAEL MARANO
   337 PENNYFIELD AVE
   BRONX, NY 10465
   BRONX COUNTY

9. ANTHONY MARCIANTE
   33 RAMONA AVENUE
   STATEN ISLAND, NY 10312
   RICHMOND COUNTY

10. ROBERT MARTANO
    63 IRONWOOD STREET
    SI, NY 10308
    RICHMOND COUNTY

11. MICHAEL MARTIN
    8907 165 AVENUE
    HOWARD BEACH, NY 11414
    QUEENS COUNTY

12. MICHAEL MCCORMACK
    707 IONIA AVE
    STATEN ISLAND, NY 10312
    RICHMOND COUNTY

13. CHRISTOPHER MCFARLAND
    1535 SHORE PARKWAY, APT. 3G
    BROOKLYN, NY 11214
    KINGS COUNTY

14. OWEN MEANEY
    16 FOX TERRACE
    YONKERS, NY 10701
    WESTCHESTER COUNTY

15. ARTON MEHMETI
    811 VENETIAN BLVD
    LIMDENHURST, NY 11757
    SUFFOLK COUNTY

16. JOSEPH MENDEZ
    198 ROBINSON AVE
    STATEN ISLAND, NY 10312
    RICHMOND COUNTY

17. THERESA MURPHY
    733 CHURCH RD
    BROAD CHANNEL, NY 11693
    QUEENS COUNTY

18. CHRISTOPHER NARDO
    2025 NEWBRIDGE ROAD
    BELLMORE, NY 11710
    NASSAU COUNTY

19. SUZAN O'SHEA
    440 BEACH 120TH STREET
    ROCKAWAY PARK, NY 11694
    QUEENS COUNTY

20. OLIVIA PAGLIOCCA
    85 IRIS AVE
    FLORAL PARK, NY 11001
    NASSAU COUNTY

21. EDWIN PINO
    383 RANDALL AVE
    ELMONT, NY 11003
    NASSAU COUNTY

22. JUSTIN PORTELLI
    215 ADAMS STREET APT 3D
    BROOKLYN, NY 11201
    KINGS COUNTY

23. ALAN PRETO
    404 RATHBUN AVE
    STATEN ISLAND, NY 10312
    RICHMOND COUNTY

24. WELFOR QUINTEROS
    356 COLON AVENUE
    STATEN ISLAND, NY 10308
    RICHMOND COUNTY

25. ANGEL RUIZ
    211 GELSTON AVENUE
    BROOKLYN, NY 11209
    KINGS COUNTY

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: December 6, 2024                    Respectfully submitted,

*/s/ Hope Pordy*
Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Flr
New York, NY 10018
Phone: (212) 765 2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

*/s/ Sarah M. Block*
Molly A. Elkin
Gregory K. McGillivary
Sarah M. Block
Patrick Miller-Bartley
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
pmb@mselaborlaw.com

*Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2024, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ *Hope Pordy*
Hope Pordy
